## STATE OF LOUISIANA.

**31696**

359

Page 1 of 1

I, *Anthony J. "Tony" Alford*, residing at *Houma, LA 70361*,
Postoffice, with street address of *P.O. Box 910*,
in the Parish of Terrebonne, do solemnly swear, or affirm, that I will support the Constitution and Laws of
the United States and the Constitution and Laws of this State, and that I will faithfully and impartially
discharge and perform all the duties incumbent on me as

*Member of the Board of Commissioners For the Terrebonne Levee and Conservation District*

according to the best of my ability and understanding.

So help me God.

Sworn to and subscribed before me this
*18th* day of *May*
A. D. *2016*
*Cheryn H. Robichaux*

Recorded_____ *22-359*
_____, Clerk.

