NO:

# STATE OF LOUISIANA
## PARISH OF TERREBONNE
## 32ND JUDICIAL DISTRICT

## SEARCH WARRANT

TO ANY COMMISSIONED PEACE OFFICER in and for the Parish of TERREBONNE:

WHEREAS an affidavit has been made before me, under penalties of perjury, by **Glynn Prestenbach Jr.**, Deputy Sheriff in and for the Parish aforesaid, alleging that the:

209 Saint Francis St. Houma, LA which is a single structure brick home brown in color with a carport on the right side of the residence with a fence enclosing the carport.

located at **209 Saint Francis St., Houma, LA, 70364,** in the Parish of TERREBONNE, State of Louisiana, is a place where evidence of a crime may be located to wit:
In the residence of 209 Saint Francis St the following item,

Any computers, lap top computers, IPads, tablets, cell phones or any other electronic device that may be used to post information onto the internet.

which said property constitutes evidence of the violation of Louisiana
1 Count of RS14:47--DEFAMATION-- (MISDEMEANOR)
is (are) secreted or concealed, and whereas the affidavit submitted in support of the request for this search warrant indicated that the affiant has shown the necessary probable cause for its issuance.

YOU ARE HEREBY ORDERED to search the aforesaid and when the thing to be searched is a dwelling or other structure, this writ includes all other structures, vehicles, and places on the premises where the thing(s) may be found, and if the thing(s) specified be found there, to seize and bring it (them) before the 32ND Judicial District Court, and this shall be your warrant to which you are to make due return according to law.

In accordance with the request of the affiant, this warrant authorizes you to conduct the search at any time of the day or night, including Sundays.


EXHIBIT A

Tuesday, August 02, 2016
11:11:14

# STATE OF LOUISIANA
## PARISH OF TERREBONNE
## 32ND JUDICIAL DISTRICT

WITNESS my official signature on this \_\_\_\_2\_\_\_\_day of\_\_\_\_August\_\_\_\_\_,\_\_\_\_2016

_____
Randall Bethancourt
Judge, 32ND Judicial District
State of Louisiana