NO:

# STATE OF LOUISIANA
## PARISH OF TERREBONNE
### 32ND JUDICIAL DISTRICT

## AFFIDAVIT FOR SEARCH WARRANT

I, Glynn Prestenbach Jr., Deputy Sheriff in and for the Parish aforesaid, certify under oath that probable cause does exist for the issuance of a search warrant authorizing the search of:

XXX Saint Francis St. Houma, LA which is a single structure brick home brown in color with a carport on the right side of the residence with a fence enclosing the carport.

located at XXX Saint Francis St., Houma, LA, 70364, where evidence of a crime may be located to wit:
In the residence of XXX Saint Francis St the following item,

Any computers, lap top computers, IPads, tablets, cell phones or any other electronic device that may be used to post information onto the internet.

which said property constitutes evidence of the violation of Louisiana

1 Count of RS14:47--DEFAMATION-- (MISDEMEANOR)

is (are) believed to be secreted or concealed, and such probable cause is based on the following:

On Wednesday July 13, 2016 Terrebonne Parish Sheriff's Office (TPSO) began investigating a defamation case where a subject by the name of John Tuner posted on a Facebook page information in reference to relationships with the company of Alford, Staple, Lapeyre, and Robichaux LLC. with the Terrebonne Parish Sheriff's Office and Terrebonne Parish Consolidated Government. Also discovered through the investigation was a website "ExposeDat" which made the same claims and had also posted copies of court rulings and other documents supporting their claims.

In the post, suspect "John Tuner" posted that "Sheriff's Jerry Larpenter is continuing to give Anthony Alford the broker contact for the Sheriff's Office when his wife Priscilla gets paid over six figures to manage Mr. Alford's office". In the Face Book post, Priscilla Larpenter comments on the post and stated, "Anthony J. Alford does not write for TPSO, but that Christian D. Lapeyre Insurance Services Inc. writes the polices for TPSO". "John Turner" then comments back "Chris Lapeyre works for Tony so your point is moot".

Also in the Facebook post and ExposeDat website, "John Turner" makes reference to Parish President Gordon Dove giving his business partner Mr. Anthony Alford the brokerage contract for the employees of the Terrebonne Parish Consolidated Government. The post listed Mr. Alford and Mr. Dove as being business partners in companies such as Duel Trucking and Transport, LLC, Duel Trucking of Montana, LLC, and Alford and Dove Properties, LLC.

A recorded interview was conducted with Mr. Anthony Alford which is attached to this affidavit. In the interview, Mr. Alford explains that Christian Lapeyre is the broker of record for

EXHIBIT C

NO:

# STATE OF LOUISIANA
## PARISH OF TERREBONNE
### 32ND JUDICIAL DISTRICT

the TPSO accounts and Christian's employee, Melissa Hunter, collects a bonus on the TPSO account. Mr. Alford advised that Priscilla Larpenter does not get paid on the TPSO account because she had nothing to do with the account. Mr. Alford also stated that he is not the president of Alford, Staples, Lapeyre, & Robichaux LLC. but that they are a LLC and do not have a president. He advised they have a managing general partner who he thinks is Ken Staples. Mr. Alford also advised that he does receive a percentage of the money from the TPSO account but he is not the managing broker.

Mr. Alford then provided me with an Articles of Organization of Alford, Staples, Lapeyre, & Robichaux LLC. which was dated January 24, 2002, which shows all four members being managers of the LLC. Mr. Alford also provide a letter from the Louisiana Board of Ethics dates June 20, 2016, which in summary stated that the Code of Governmental Ethics would not prohibit AJAI (Anthony J. Alford Insurance) from serving as the agent of record for the group insurance benefits for the TPCG (Terrebonne Parish Consolidated Government) while Gordon E. Dove Sr. serves as Parish President for TPCG.

During the investigation, it was believed that the Facebook account for "John Turner" is a false name due to the fact that no information could be located on an actually John Turner with a date of birth of 1-1-60 as listed on the Facebook page.

A search warrant was obtained and sent to Facebook which several IP addresses were returned for the "John Tuner" Facebook page. The first IP address used (2602:30a:c0a9:3160:34f6:73bd:cd36:bcdc) was listed on July 7, 2016, at 2130 hours, UTC time which is an IP address assigned to AT&T Internet Services. A search warrant was then applied for and granted to AT&T for information on the IP address.

On August 1, 2016, information was received back from AT&T advising the IP address was converted from the IVp6 IP type address that was sent to a IVp4 IP address that converted to 172.10.147.22. AT&T advised the IP address was assigned to 209 Saint Francis St. Houma, LA with the name of Wayne Anderson. I also called AT&T to verify the information, which I was advised the IP address was a static IP address (permanently assigned) to the address of 209 Saint Francis St. Houma, LA since June 8, 2016, at 0138 hours, UTC time.

TPSO is requesting a search warrant for the address of 209 Saint Francis St. Houma, LA to locate any computers, laptop computers, Ipads, tablet devices, cell phones, or any other electronic devices capable of posting information to the internet

THAT a warrant to search the aforesaid is requested, and when the thing to be searched is a dwelling or other structure, that the writ to search includes all other structures, vehicles, and places of concealment on the premises where the thing(s) may be found.

THAT it may become necessary to conduct the search during the night time or on Sunday, and affiant(s) request that the writ so provide.

NO:

# STATE OF LOUISIANA
## PARISH OF TERREBONNE
### 32ND JUDICIAL DISTRICT

I hereby certify under oath the facts contained within the Application for Search Warrant to be true and correct, under penalties of perjury, so help me God.

_____
Glynn Prestenbach Jr.
AFFIANT

THUS DONE AND PASSED on the ____2____ day of ____August____, ____2016 after reading of the whole.

_____
Randall Bethancourt
Judge, 32nd Judicial District Court