# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WAYNE ANDERSON** | * | **CIVIL ACTION NO. 2:16-cv-13733** |
| **JENNIFER ANDERSON** | * | |
| *Plaintiffs* | * | **JUDGE LANCE AFRICK** |
| | * | |
| **v.** | * | **MAG. JUDGE JANIS van MEERVELD** |
| | * | |
| **JERRY LARPENTER,** | * | **SECTION I** |
| **GORDON DOVE,** | * | |
| **ANTHONY ALFORD,** | * | |
| **TERREBONNE PARISH** | * | |
| **SHERIFF'S OFFICE,** | * | |
| **TERREBONNE PARISH** | * | |
| **CONSOLIDATED** | * | |
| **GOVERNMENT, and** | * | |
| **TERREBONNE LEVEE &** | * | |
| **CONSERVATION DISTRICT** | * | |
| *Defendants* | * | |

**********************************

## EX PARTE MOTION FOR LEAVE
## TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT

**NOW COME PLAINTIFFS**, Wayne and Jennifer Anderson, through undersigned Counsel, who respectfully request leave of this Honorable Court to file its First Amended Complaint, as follows:

1.

Plaintiffs filed the above captioned action on August 21, 2016 [Rec. Doc. 4].

2.

As the docket report indicates, Summons was issued that same day as to Defendant, Jerry Larpenter [Rec. Doc. 9].

3.

For reasons unknown to Plaintiffs, service was never effected as to Defendant, Jerry Larpenter by Plaintiffs' prior Counsel.[1]

4.

Following the enrollment of additional Counsel of Record for the Plaintiffs', this Honorable Court issued a docket call on November 16, 2016 that gave Plaintiffs' until December 8, 2016 to report the status of the case [Rec. Doc. 17].

5.

The Court gave Plaintiffs until January 9, 2017 to properly serve Defendant, Jerry Larpenter and file into the record the return of service [Rec. Doc. 18].

6.

Plaintiffs now desire to amend their Original Complaint because of additional information that has been uncovered since the filing of the original Complaint that is pertinent to their underlying claims and causes of actions.

---

[1] Conrad S.P. Williams, III of the Williams Law Group LLC enrolled as additional Counsel of Record for Plaintiffs, Wayne and Jennifer Anderson which was granted by the Court on October 6, 2016 [Rec. Doc. 16].

7.

Pursuant to Rule 15(a) however, the deadline for Plaintiffs to amend as of right has expired as more than twenty-one (21) days have passed since the filing of Plaintiffs' Original Complaint.

8.

Defendant Larpenter will not be prejudiced by the filing of the First Amended Complaint as no answer was filed by the Defendant because of the issues with service experienced by Plaintiffs' prior Counsel. Further, the proceedings are in their earliest stages and discovery has not commenced.

9.

Similarly, the newly added Defendants will not be prejudiced because again, the proceedings are in their earliest stages and discovery has not commenced.

In light of the above, Plaintiffs' submit this Ex Parte Motion for Leave to File Plaintiff's First Amended Complaint.

**WHEREFORE**, Plaintiffs respectfully request that this Court grant its Motion for Leave to file its First Amended Complaint against Defendants.

**DATED: DECEMBER 22, 2016**

Respectfully Submitted:

*/s/ Jerri Smitko*
**Smitko Law, APLC**
Jerri Smitko, Esq. (#17807)
622 Belanger Street

P.O. Box 1669
Houma, LA 70361
Telephone: 985-851-1313
Facsimile: 985-851-1250
Email: Jerri@smitkolaw.com

*-and-*

**WILLIAMS LAW GROUP LLC**

*/s/ Conrad S.P. Williams, III*
Conrad S.P. Williams, III (#14499)
909 Poydras Street, Ste. 1625
New Orleans, Louisiana 70112
Telephone: 985-876-7595
Facsimile: 504-200-0001
Email:Duke@Williamslawgroup.org

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that the above and foregoing pleading has been filed according to the Eastern District of Louisana's CM/ECF system that gives Notice of such filing to all Counsel of Record.

*/s/ Conrad S.P. Williams, III*
Conrad S.P. Williams, III