Case 2:16-cv-13733-LMA-JVM   Document 63-8   Filed 04/24/17   Page 1 of 1
Case 2:16-cv-13733-LMA-JVM   Document 1-4   Filed 08/10/16   Page 1 of 1

Page 1 of 1



STATE OF LOUISIANA.

31696

359

I, Anthony J. "Tony" Alford, residing at Houma, LA 70361 Postoffice, with street address of P.O. Box 910, in the Parish of Terrebonne, do solemnly swear, or affirm, that I will support the Constitution and Laws of the United States and the Constitution and Laws of this State, and that I will faithfully and impartially discharge and perform all the duties incumbent on me as Member of the Board of Commissioners for the Terrebonne Levee and Conservation District according to the best of my ability and understanding.

So help me God.

Sworn to and subscribed before me this 18th day of May A.D. 2016

Cheren A. Robichaux

Recorded _____ 22-359

_____, Clerk.

