

Office Of The Clerk
## Court of Appeal, First Circuit
State of Louisiana
www.la-fcca.org

**Rodd Naquin**
**Clerk of Court**

Post Office Box 4408
Baton Rouge, LA
70821-4408
(225) 382-3000

### Notice of Judgment and Disposition

August 25, 2016

Docket Number: 2016 - KW - 1093

Wayne Anderson and Jennifer Anderson
   versus
Terrebonne Parish Sheriff's Office

TO:
David W. Ardoin
505 W. 3rd Street
P.O. Box 127
Thibodaux, LA 70301
davidardoin@ardoinlaw.net

Hon. Jeffrey Martin Landry
Attorney General
P.O. Box 94005
Baton Rouge, LA 70804

Matthew D. Ory
505 W. 3rd Street
Thibodaux, LA 70301

Hon. Randall L. Bethancourt
7856 Main Street
Houma, LA 70360

William F. Dodd
100 Ramsey Rd., Ste A
Houma, LA 70360-2731
wfdodd@doddlawfirm.com

Barry Milligan
1885 North Third Street
Baton Rouge, LA 70804

Jerri G. Smitko
622 Belanger Street
P.O. Box 1669
Houma, LA 70361-1669
jodi@smitkolaw.com

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

TERREBONNE PARISH SHERIFF'S OFFICE

VERSUS

WAYNE ANDERSON AND JENNIFER GOULAS

NO. 2016 KW 1093

AUGUST 25, 2016

---

In Re: Wayne Anderson and Jennifer Anderson, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. none.

---

**BEFORE:** **McDONALD, CRAIN AND DRAKE, JJ.**

    **WRIT GRANTED.** The probable cause affidavit submitted in support of the application for the search warrant is premised upon a violation of Louisiana Revised Statute 14:47. That statute has been declared unconstitutional by both the United States Supreme Court and the Louisiana Supreme Court as it applies to public expression and publication concerning public officials, public figures and private individuals engaged in public affairs. See **New York Times v. Sullivan**, 376 U.S. 254, 84 S.Ct.710, 11 L.Ed.2d 686 (1964); **Garrison v. State of Louisiana**, 379 U.S. 64, 85 S.Ct. 209, 13 L.Ed.2d 125 (1964); **State v. Snyder**, 277 So.2d 660, 668 (La. 1973) (on rehearing), writ denied, 294 So.2d 543 (La. 1974), and rev'd on other grounds, 305 So.2d 334 (La. 1974); **State v. Defley**, 395 So.2d 759, 761-62 (La. 1981). Anthony Alford, the supposed victim, is President of the Terrebonne Parish Levee and Conservation Board of Louisiana, and a public official. Consequently, the search warrant lacks probable cause because the conduct complained of is not a criminally actionable offense. The ruling of the district court denying the motion to quash the search warrant is reversed, the motion is granted, and the search warrant is quashed.

                                      JMM
                                      WJC
                                      EGD

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT