UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WAYNE ANDERSON ET AL.** | CIVIL ACTION |
| **VERSUS** | No. 16-13733 |
| **JERRY LARPENTER** | SECTION I |

## ORDER

The Court having been advised that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that the action is dismissed without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, September 7, 2017.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE